979 So.2d 1281 (2008)
Kevin L. WILLIAMS
v.
CLARENDON NATIONAL INSURANCE COMPANY.
No. 2007-CC-2283.
Supreme Court of Louisiana.
May 2, 2008.
In re Clarendon National Insurance Company;  Defendant; Applying for Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. N, No. 2001-1199; to the Court of Appeal, Fourth Circuit, No. 2007-C-0840.
Denied. See Gray v. American National Property & Casualty Co., 07-1670 (La.2/26/08), 977 So.2d 839; Duncan v. U.S.A.A. Ins. Co., 06-363 (La.11/29/06), 950 So.2d 544.
VICTORY, J., would grant.
TRAYLOR, J., would grant.
WEIMER. J., would errant.